# United States District Court
# For The Western District of North Carolina
# Statesville Division

MELANIE SAMMONS ANDERSON,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                    CASE NO. 5:05CV255-2-MU

WARDEN ANNIE HARVEY,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 16, 2005, Order.

**Signed: November 17, 2005**

Frank G. Johns, Clerk
United States District Court